THE HONORABLE MARSHA J. PECHMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| REC SOFTWARE USA, INC., a Virginia corporation,<br><br>              Plaintiff,<br><br>              v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., a New York corporation; SAMSUNG INFORMATION SYSTEMS AMERICA, INC., a California corporation; SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, a Delaware limited liability company; and SAMSUNG ELECTRONICS CO., LTD., a corporation organized under the laws of the Republic of Korea,<br><br>              Defendants. | Case No. 2:14-cv-01058-MJP<br><br>**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to FRCP 7.1, Plaintiff REC Software USA, Inc. is a privately held corporation and there is no parent corporation or any publicly held corporation owning 10% or more of their stock.

DATED this 15th day of July, 2014.

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.

By: s/Timothy S. DeJong
    **Timothy S. DeJong**, WSBA No. 20941
    209 SW Oak Street, Suite 500
    Portland, OR 97204
    Telephone:  (503) 227-1600
    Facsimile:   (503) 227-6840
    Email:     tdejong@stollberne.com

**Attorneys for Plaintiff REC Software USA, Inc.**

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT -     1

STOLL STOLL BERNE LOKTING & SHLACHTER P.C.
209 S.W. OAK STREET, SUITE 500
PORTLAND, OREGON 97204
TEL. (503) 227-1600   FAX (503) 227-6840

1

2   *Of Counsel*
    Kevin L. Russell
3   Email:  kevin@chernofflaw.com
    CHERNOFF VILHAUER MCCLUNG
4   AND STENZEL LLP
    601 SW 2nd Ave., Suite 1600
5   Portland, OR 97204
    Telephone: (503) 227-5631
6   Facsimile: (503) 228-4373

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PLAINTIFF'S CORPORATE
DISCLOSURE STATEMENT -      2